joshuastampsinf

ORIGINAL **FILED**

DISTRICT COURT OF GUAM

DEC 20 2005

MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **05-00089** |
| Plaintiff, | **INFORMATION** |
| vs. | **IMPORTATION OF METHANDROSTELONE (ANABOLIC STEROIDS)** |
| JOSHUA D. STAMPS, | [21 U.S.C. §§ 952(a) & 960(b)(4) |
| Defendant | and 18 U.S.C. § 2] |

## COUNT I - IMPORTATION OF METHANDROSTELONE (ANABOLIC STEROIDS)

On or about August 15, 2005, in the District of Guam and elsewhere, the defendant, JOSHUA D. STAMPS, did unlawfully, intentionally, and knowingly import into the United States from a place outside thereof, approximately 175 tablets of Methandrostelone (anabolic steroids), a schedule III controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(4), and Title 18, United States Code, Section 2.

Dated this _20_th day of December 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
FREDERICK A. BLACK
Assistant United States Attorney