# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:** 05-00089
Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __X__ No

Defendant Name: JOSHUA D. STAMPS
Alias Name: Josh
Address: U.S. Naval Base, Guam

Birthdate 1985   SS# xxx-xx-9106   Sex M   Race White   Nationality _____

**U.S. Attorney Information:**

AUSA: Frederick A. Black

Interpreter: __X__ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED DEC 20 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty   ___ Misdemeanor   __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 952(a) & 960(b)(4) and 18 USC 2 | Importation of Methandrostelone (Anabolic Steroids) | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 12-19-05   Signature of AUSA: /s/ Frederick A. Black

Case 1:05-cr-00089   Document 1-2   Filed 12/20/2005   Page 1 of 1