# United States District Court

FOR THE **DISTRICT OF** GUAM

**FILED**
DISTRICT COURT OF GUAM
DEC 22 2005
MARY L. M. MORAN
CLERK OF COURT

**UNITED STATES OF AMERICA**

v.

JOSHUA D. STAMPS,

Defendant(s).

**WAIVER OF INDICTMENT**

Case Number: 05-00089

I, _____JOSHUA D. STAMPS_____ the above-named defendant, who is accused of

Importation of Methandrostelone (Anabolic Steroids) in violation of Title 21, United States Code, Sections 952(a) and 960(b)(4) and Title 18, United States Code, Section 2.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _____DEC 22 2005_____ prosecution by indictment and consenting that the proceeding may be by information rather than by indictment.

_____
JOSHUA D. STAMPS
*Defendant*

_____
ALEXANDER A. MODABER
*Counsel for Defendant*

Before: _____
*Judicial Officer*

**ORIGINAL**