
FILED
DISTRICT COURT OF GUAM
DEC 22 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00089 |
|---|---|
| Plaintiff, | |
| vs. | APPOINTMENT ORDER |
| JOSHUA D. STAMPS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to December 21, 2005.

Dated this 22ND day of December, 2005.

JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL