ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>JOSHUA D. STAMPS,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00089<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Information charging him with Importation of Methandrostelone (Anabolic Steroids), a schedule III controlled substance, in violation of 21 U.S.C. §§ 952(a), 960(b)(4) and 18 U.S.C. § 2, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on April 4, 2006, at 10:00 a.m.

IT IS SO ORDERED.

DATED this 10 day of January 2006.

_____
DONALD M. MOLLOY*
District Judge

---

\* The Honorable Donald M. Molloy, United States Chief District Judge for the District of Montana, sitting by designation.