
**FILED**
DISTRICT COURT OF GUAM
FEB - 3 2006
**MARY L.M. MORAN**
**CLERK OF COURT**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSHUA D. STAMPS ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 05-00089-001 <br><br> **INFORMATIONAL REPORT** |

On December 22, 2005, Joshua D. Stamps made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. He plead guilty to an Information charging him with Importation of Methandrostelone (Anabolic Steroids), in violation of 21 U.S.C. §§952(a) & 960(b)(4) and 18 U.S.C. §2 . Mr. Stamps was granted pretrial release with conditions. His sentencing hearing is scheduled for April 4, 2006. Mr. Stamps is alleged to have violated the following condition:

**Special condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweatpatch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing for anabolic steroids.* Joshua Stamps failed to report for substance abuse testing on January 12, 16, and 20, 2006.

**Supervision Compliance:** This probation officer has no information to suggest that the defendant has not complied with other conditions of pretrial release.

**Recommendation:** This report is informational in nature it is respectfully requested that no action be taken.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Frederick Black, AUSA
Alex Modaber, AFPD
File

**ORIGINAL**