ORIGINAL

JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSHUA D. STAMPS

FILED
DISTRICT COURT OF GUAM
FEB -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00089 |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY<br>) CONDITIONS OF RELEASE |
| vs. | ) |
| JOSHUA D. STAMPS, | ) |
| Defendant. | ) |

### STIPULATION TO MODIFY CONDITIONS OF RELEASE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant's conditions of release be modified to delete the travel restriction that he may not leave Guam without the permission of the court and allow him to travel to San Diego, California to complete his discharge from the United States Navy. Furthermore, to allow the defendant to travel to Tennessee, where he will be residing with his mother at 1840 Cardinal dr., Pleasantview, Tenn., 37146. All other conditions will remain in effect.

On December 22, 2005, the defendant appeared before this court and entered a plea of guilty to Importation of Methandrostelone (Anabolic Steroids). Sentencing in this matter is set for April 4, 2006. The court released the defendant under numerous conditions of release. One of those conditions was that he may not leave Guam without the permission of the court.

The defendant is enlisted in the United States Navy. However, as a result of his entry of a plea of guilty in this case, he is being discharged from the United States Navy. The defendant is tentatively scheduled to leave Guam around February 15, 2006. He will be taken to the Naval base in San Diego, California to complete the separation process.

Once the separation process has been completed and he is discharged from the United States Navy, it is his intent to reside with his mother at 1840 Cardinal dr., Pleasantview, Tenn., 37146.

The parties request this court to grant this stipulation and modify the defendant's conditions of release, to delete the travel restriction, allow him to travel to San Diego to complete his discharge from the Navy and then allow him to reside with his mother in Tennessee.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, February 6, 2006.

_____
ALEXANDER A. MODABER
Attorney for Defendant
JOSHUA D. STAMPS

_____
STEVE CHIAPPETTA
Attorney for Plaintiff
UNITED STATES OF AMERICA

2