JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
JOSHUA D. STAMPS

FILED
DISTRICT COURT OF GUAM
FEB 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00089 |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER TO MODIFY |
|  | ) CONDITIONS OF RELEASE |
| JOSHUA D. STAMPS, | ) |
| Defendant. | ) |

The Stipulation filed on February 7, 2006, is HEREBY APPROVED. The Defendant's conditions of release are modified to delete the travel restriction and allow the Defendant to travel to San Diego, California to complete the his discharge from the United States Navy. Furthermore, the Defendant shall be permitted to travel to Tennessee to reside with his mother at her residence in Pleasantview, Tennessee.

IT IS APPROVED AND SO ORDERED: this 10th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge