JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSHUA D. STAMPS

**FILED**
DISTRICT COURT OF GUAM
MAR 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 05-00089 |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING DATE |
| JOSHUA D. STAMPS, | ) |
| Defendant. | ) |

## STIPULATION TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for April 4, 2006, be continued for 60 days or a date and time convenient to the court.

On December 22, 2005, the defendant appeared before this court and entered a plea of guilty to Importation of Methandrostelone (Anabolic Steriods). As a result of this entry of plea of guilty, the defendant was discharged from the United States Navy. On February 15, 2006, the

ORIGINAL

defendant left the island of Guam and is presently residing with his mother in Pleasantview, Tennessee. The U.S. Probation Office has prepared the presentence report in this matter. All the parties are in agreement that the defendant should receive a sentence of probation.

The Assistant United States Attorney has submitted the necessary paperwork to the court to transfer the sentencing in this matter to the Federal District Court in Tennessee. Thereby negating the need for the defendant to travel back to Guam for sentencing.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, March 23, 2006.

_____
ALEXANDER A. MODABER
Attorney for Defendant
JOSHUA D. STAMPS

_____
STEVE CHIAPETTA
Attorney for Plaintiff
UNITED STATES OF AMERICA