JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSHUA D. STAMPS

FILED
DISTRICT COURT OF GUAM
MAR 24 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-000089 |
| Plaintiff, | |
| vs. | ORDER re STIPULATION TO CONTINUE SENTENCING HEARING DATE |
| JOSHUA D. STAMPS, | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing therein, the Court hereby GRANTS the stipulation and continues the Sentencing Hearing, presently set for April 4, 2006, to Monday, June 5, 2006, at 9:30 a.m.

DATED: Hagatna, Guam, March 24, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL