UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
GUAM AND NORTHERN MARIANAS ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-00089 |
| | ) | |
| JOSHUA STAMPS | ) | |

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2006
MARY L.M. MORAN
CLERK OF COURT

### CONSENT TO TRANSFER OF CASE FOR SENTENCING UNDER RULE 20

I, Joshua Stamps, defendant, have pled guilty to an information in the above designated cause. My plea of guilty was accepted and I was adjudicated guilty by United States District Judge Donald M. Molloy, Chief United States District Judge for the District of Montana sitting by designation, on January 10, 2006. I wish to be sentenced on the offense to which I have pled guilty, and consent to the disposition of the case in the Middle District of Tennessee in which I am present, and I waive my right to be sentenced in the District of Guam and NMI..

Dated: _May 22, 2006_, 2006 at _11:15 a.m._

_____
JOSHUA STAMPS, Defendant

_____
Witness

_____
CARYLL S. ALPERT, Counsel for Defendant

APPROVED:

_____
LEONARDO M. RAPADAS
United States Attorney for the
District of Guam and NMI

_____
JAMES K. VINES
United States Attorney for the
Middle District of Tennessee